IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CHARLIE L. HARDIN,                  )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )
MAGISTRATE JUDGE                    )     1:22-cv-691
ELIZABETH JOI PEAKE,                )
KATY POOLE, Superintendent          )
of Scotland, OFFICER WILEY,         )
MS. QUEEN GERALD, CAPTAIN           )
COVINGTON, LT MUNGO, OFFICER        )
ADAMS, OFFICER BEATHE,              )
OFFICER NEAL, HARRISON,             )
OFFICER DOUGLAS, OFFICER            )
WHITE, S.G.T LOCKLEAR and           )
S.G.T PIERCE,                       )
                                    )
            Defendants.             )
```

**ORDER**

This matter is before the court for review of the Order and Recommendation ("Recommendation") filed on August 25, 2022, by the Magistrate Judge in accordance with 28 U.S.C. § 636(b). (Doc. 3.) In the Recommendation, the Magistrate Judge recommends that the Complaint be dismissed pursuant to Section 1915A(B), because it is frivolous, it fails to state a claim on which relief may be granted, and it seeks monetary damages from a defendant with immunity from such relief. The Recommendation was served on the Plaintiff on August 25, 2022. (Doc. 4.) No

objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is hereby, **DISMISSED** pursuant to 28 U.S.C. § 1915A for being frivolous or malicious or for failure to state a claim upon which relief may be granted, as well as for seeking monetary relief against a defendant who is immune from such relief.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

_____
William L. Osteen, Jr.
United States District Judge